UNITED STATES of America,
Plaintiff–Appellee,

v.

Deidra Trena COATS, Defendant–
Appellant.

No. 09–14906
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 13, 2010.

William Jordan Brower, Brower Law
Office, Birmingham, AL, for Defendant–
Appellant.

Ramona C. Albin, U.S. Attorney's Office
Nd/Al, Birmingham, AL, for Plaintiff–Ap-
pellee.

Before TJOFLAT, BLACK and
ANDERSON, Circuit Judges.

PER CURIAM:

William J. Brower, appointed counsel for
Deidra Trena Coats, has filed a motion to
withdraw on appeal supported by a brief
prepared pursuant to *Anders v. Califor-
nia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED**, and

Coats's conviction and sentence are **AF-
FIRMED**.